Case No. 15-3142

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LETICIA DIAZ SEDANO

    Defendant - Appellant

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The Form of Appearance was not filed by March 6, 2015.
    The Transcript Purchase Order was not filed by March 6, 2015.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                              **ENTERED PURSUANT TO RULE 45(a),**
                              **RULES OF THE SIXTH CIRCUIT**
                              Deborah S. Hunt, Clerk

Issued: March 10, 2015

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 10, 2015

Patrick Q. Hall
401 B Street
Suite 2220
San Diego, CA 92101

        Re: Case No. 15-3142, *USA v. Leticia Sedano*
            Originating Case No. : 1:13-cr-00091-1

Dear Mr. Hall,

  The Court issued the enclosed (Order/Opinion) today in this case.

                        Sincerely yours,

                        s/Robin Baker
                        Case Manager
                        Direct Dial No. 513-564-7027

cc:  Mr. Richard W. Nagel
     Mr. Martin Stanley Pinales
     Ms. Alexis J. Zouhary

Enclosure

No mandate to issue